UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS BARRAGAN, | ) | 1:08-CV-01416 0WW WMW (HC) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | ) ) | [Docs. #15, 19] |
| DON MILLS, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 26, 2008, the this Court issued an order denying Petitioner's motion for court appointed counsel. (Doc. #5).

On November 10, 2008, Petitioner filed a letter which this Court construed to be a motion for reconsideration regarding the Court's denial of appointment of counsel. (Doc. #15)  On February 9, 2009 Petitioner filed a second motion for reconsideration. (Doc. #19).

After considering the motions, this Court finds that the interests of justice do not require that Petitioner be appointed counsel.  Accordingly, Petitioner's motions for reconsideration of this Court's order to deny appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated:   **June 3, 2009**             /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE